**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 71.175.82.139
**Total Works Infringed:** 25  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 79153C5817365DF2C54E1CA8A115266FE84C1A08 | 04/20/2025 19:58:13 | Vixen | 04/18/2025 | 04/23/2025 | PA0002527325 |
| 2 | 20BAF945F4047EA33912F47AF705D3BD16E3DEFA | 03/31/2025 18:47:13 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 3 | 21AD397667F0967623A8172989D152104736482E | 03/24/2025 04:06:27 | Tushy | 03/23/2025 | 03/28/2025 | PA0002522497 |
| 4 | F811C1D54F4202E9C0975D0CDAC66FD77BA0CA67 | 03/20/2025 03:36:51 | TushyRaw | 03/18/2025 | 03/25/2025 | PA0002521741 |
| 5 | A40A09E3D93FA536DBDCC2E3533D3A67053C7AA7 | 03/17/2025 05:15:55 | Tushy | 03/16/2025 | 03/28/2025 | PA0002522490 |
| 6 | 7887BB3597ABA24CE3895B3E3DCC907291AC071B | 03/11/2025 02:00:33 | Tushy | 03/09/2025 | 03/28/2025 | PA0002522491 |
| 7 | DC8BB82F5B392573C584F8D21F62C7F7D0F6A0E8 | 03/08/2025 06:32:02 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 8 | 69B031FC1FEA9C4236E5AACF78F5CF9FD93DE92B | 02/20/2025 21:21:44 | Tushy | 02/16/2025 | 02/18/2025 | PA0002515913 |
| 9 | D1B7022FE085F005FD48920C49A27361FB58ED6E | 02/18/2025 18:03:40 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 10 | 0BFF4AB71E86784B3C9A5DCACA52C40F1FDAA2B2 | 02/17/2025 22:04:32 | TushyRaw | 02/16/2025 | 02/18/2025 | PA0002516145 |
| 11 | A882431A5818A1AEAF7DB988C3CB016C741B12FB | 02/13/2025 23:36:44 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 12 | 0257A0B747C831EE6900CCD5E544BE87F60FE5BD | 02/13/2025 05:18:56 | Milfy | 02/12/2025 | 02/18/2025 | PA0002516144 |
| 13 | 3FBE4B0E62CC90B1A3978F4CFBCA74C7DA0DE314 | 02/02/2025 04:29:15 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 14 | 664E53EF68FC5169A9E7D90540DCBFC6B6DE4708 | 01/28/2025 23:04:37 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 15 | 989480984D94612AA231FB43D8AB0C2D58CC7EFE | 01/23/2025 17:09:10 | Milfy | 01/22/2025 | 02/18/2025 | PA0002516122 |
| 16 | 7EF3756C743AE320AD774F0E7357ECA77534A4A5 | 01/20/2025 22:50:57 | TushyRaw | 01/17/2025 | 02/18/2025 | PA0002516153 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | C91BED8A3499AA68D4CBB97E9B3880E79BC4134E | 01/13/2025 14:03:54 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 18 | 7e93c03aaa08091dc8e1639c1e3a4b39979019a0 | 01/11/2025 20:39:36 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 19 | fac418a8796bba411aff7d1fe7af05f051c07198 | 01/08/2025 02:27:30 | TushyRaw | 12/24/2024 | 01/16/2025 | PA0002509640 |
| 20 | 761F207D4E287A34E04930B2BFE6BC5CD3B3362F | 01/07/2025 01:32:51 | Vixen | 01/03/2025 | 01/16/2025 | PA0002509633 |
| 21 | 10508219C8E02F2F96C7E2F669D8794B553A8C6D | 01/01/2025 03:53:45 | TushyRaw | 12/31/2024 | 01/16/2025 | PA0002509650 |
| 22 | 8907AD2508F3D9CAA7E06983E44CB2A3021977B4 | 12/25/2024 05:18:28 | Tushy | 02/25/2017 | 05/25/2017 | PA0002049783 |
| 23 | ECFEE9A8313B2B8058F07C7AF90C6218EF8A4E45 | 12/20/2024 00:13:57 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 24 | 8AC88116DF7A53F20E95E7CDBC924000CCEC06C9 | 11/30/2024 04:33:47 | Tushy | 05/12/2024 | 06/18/2024 | PA0002476874 |
| 25 | D2B852E789DE97155088E670102B0F40540FE97B | 11/22/2024 07:53:15 | Milfy | 11/20/2024 | 12/13/2024 | PA0002506260 |